**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DAVID L HAGEN |
| Debtor 2 (Spouse, if filing) | SUSAN K HAGEN |
| United States Bankruptcy Court for the: | District of MN (State) |
| Case number | 15-43443 |

# Form 4100R
## Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** BSI Financial Services

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 8 2

**Property address:**
Number    Street
2016 Copper Court

Buffalo, MN 55313
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  **DAVID L HAGEN**
_____
First Name    Middle Name    Last Name

Case number (*if known*) **15-43443**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kevin T. Dobie
Signature

Date **11/12/2020**

Print   **Kevin T. Dobie**
First Name    Middle Name    Last Name

Title  **Attorney for Creditor**

Company  **Usset, Weingarden, & Liebo P.L.L.P.**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  **4500 Park Glen Road ste 300**
Number    Street

**St. Louis Park, MN 55416**
City    State    ZIP Code

Contact phone ( **952** ) **925** – **6888**

Email **n/a**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

DAVID L HAGEN
SUSAN K HAGEN

UNSWORN DECLARATION
FOR PROOF OF SERVICE

Chapter 13, Case No. 15-43443

I, Maria L. Aligah, employed on this date by USSET, WEINGARDEN, & LIEBO PLLP attorneys licensed to practice law in this court, with office address of Suite 300, 4500 Park Glen Road, Minneapolis, Minnesota 55416, upon penalty of perjury, declares that on November 12, 2020, I served the annexed Notice of Final Cure Response upon each of the entities named below by mailing to them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

DAVID L HAGEN
SUSAN K HAGEN
2016 COPPER COURT
BUFFALO, MN 55313

and delivered by email notification under CM/ECF on the day efiled with the court to each of them as follows:

Office of the United States Trustee

Kyle Carlson, Chapter 13 Trustee

Ian Ball, Esq.

/E/ Maria L. Aligah
Maria L. Aligah